IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANCIS LEON HARVEY,

          PLAINTIFF,

vs.                                            No. CV  00107-MCA-RLP

UNITED STATES OF AMERICA,

          DEFENDANT.

PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

      Comes now Plaintiff, Francis Leon Harvey, by and through counsel and moves this court for partial summary judgment.  He requests a finding that this case is governed by the civil law of the Navajo Nation.  This motion is supported by the accompanying Memorandum in Support of Motion for Partial Summary Judgment.

      Respectfully submitted this 3rd day of October, 2008.

_____          _____
Mickale Carter                                 Burt Broxterman
1211 Winchester St                     2539 Wyoming NE Suite A
Fredericksburg VA 22401           Albuquerque NM  87112
505 270 1480                                    505 296 4821
                                                Fax:  505 296 4822
Counsel for Plaintiff                        Counsel for Plaintiff